## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGIANNE MCENTYRE,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | |
| **SOUTHEASTERN VETERANS'** | : | |
| **CENTER** *et al.,* | : | |
| *Defendants* | : | **No. 21-3622** |

### ORDER

**AND NOW**, this _____ day of October, 2022, upon review of Southeastern Veterans' Center and Rohan Blackwood's Motion to Dismiss (Doc. No. 16), and following the oral argument held on September 16, 2022, it is hereby **ORDERED** that:

1. Southeastern and Mr. Blackwood's Motion to Dismiss (Doc. No. 16) is **GRANTED IN PART WITHOUT PREJUDICE** and with leave to amend as to Ms. McEntyre's § 1983 survival action claim against Mr. Blackwood in his individual capacity (Count I), and as to Ms. McEntyre's medical-professional negligence claims (Counts III and IV).

2. Southeastern and Mr. Blackwood's Motion to Dismiss (Doc. No. 16) is **GRANTED IN PART WITH PREJUDICE** as to Ms. McEntyre's § 1983 survival action claim against Southeastern (Count I), and as to Ms. McEntyre's corporate negligence claims (Counts III and IV).

3. Southeastern and Mr. Blackwood's Motion to Dismiss (Doc. No. 16) is **DENIED IN PART** as to Ms. McEntyre's § 1983 wrongful death claim against Southeastern and Mr. Blackwood (Count II).

4. Compassus Hospice and Palliative Care-Philadelphia, Compassus – Greater Philadelphia, Compassus – Greater Philadelphia II, and Compassus OP Pennsylvania, LLC's Motion to Dismiss (Doc. No. 17) is hereby **DEEMED MOOT**.

1

5.  Ms. McEntyre's Motion to Compel Defendants' Request for Production of Documents (Doc. No. 36) is hereby **DEEMED MOOT**.

BY THE COURT:

_____

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE